## 25216.   DAVIS v. THE STATE.

BROYLES, C. J.   The defendant was convicted of the offense of possessing whisky. The evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis except that of his guilt; and the special grounds of the motion for a new trial disclose no reversible error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 5, 1935.

*M. B. Eubanks,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.